# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DEBRA SUE GARDNER § | |
| § | **CIVIL ACTION NO. 4:23-CV-615** |
| v. § | |
| § | **(JUDGE MAZZANT/JUDGE DURRETT)** |
| JPMORGAN CHASE BANK, N.A., ET § | |
| AL. § | |

### MEMORANDUM ADOPTING THE REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation ("Report") of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 13, 2024, the Magistrate Judge entered a Report (Dkt. #21) that Plaintiff's claims be dismissed without prejudice. The Report further recommended that Defendants' Motions to Dismiss (Dkt. #9; Dkt. #20) and Plaintiff's Motion for Judicial Notice and Show Cause (Dkt. #6) be denied as moot. No Party filed objections to the Report.

Having received the Report of the Magistrate Judge, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants' Motions to Dismiss (Dkt. #9; Dkt. #20) and Plaintiff's Motion for Judicial Notice and Show Cause (Dkt. #6) are **DENIED** as moot. It is further **ORDERED** that Plaintiff's claims Defendants are **DISMISSED WITHOUT PREJUDICE**. All relief not previously granted is **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 28th day of March, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE